MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/20

MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**February 12, 2020**

**VIA ECF**
The Hon. Judge Ronnie Abrams
United States District Judge
United States Courthouse
Thurgood Marshall
40 Foley Square
New York, NY 10007

> Plaintiff shall file proof of service on Defendant on the docket in accordance with Federal Rule of Civil Procedure 4. If Plaintiff still intends to file a motion for default judgment, Plaintiff should do so in accordance with the Court's individual rules.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 12, 2020

*Re:* *Carlos Ruiz Florez v. Pisces Bar & Tavern, INC.*
     *Civil Action No.: 1:19-cv-11032-RA*

Dear Magistrate Judge Ronnie Abrams:

I represent the Plaintiff in the above-referenced matter. On December 06, 2019 this Honorable Court issued an order submit a joint letter within (45) forty five days of service of the summons and complaint, on December 03, 2019 the Secretary of State was served by delivering two true copies of the Summons and Complaint to: Sue Souky at 99 Washington Ave, Albany, NY 12231, as the designated agent for the New York Secretary of State on behalf of Pisces Bar & Tavern, INC. (Defendant), as today Defendant hasn't appeared. I am writing to notify the Court that on February 10, 2020 a Request of Certificate of Default set of documents were mailed to the Defendant.

I request fifteen (15) days to submit to the court the Clerk's Certificate of Default Request to allow time for the Defendant to respond to the mailed documents.

This is the first request for time to submit the Clerk's Certificate of Default.

I thank your honor for considering this request.

Respectfully Submitted,

BARDUCCI LAW FIRM
s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.