USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

                Plaintiff,

v.

PISCES BAR & TAVERN, INC.,

                Defendant.

19-CV-11032 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action against Defendant on December 2, 2019, and proof of service on February 13, 2019. Dkt. 1, 9. To date, however, Defendant has not appeared nor responded to the complaint. On March 10, 2020, Plaintiff sought and received a certificate of default from the Clerk of Court. Dkt. 13.

    If Plaintiff intends to seek a default judgment against Defendant, it must proceed in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf). Therefore, no later than April 30, 2020, Plaintiff shall file its motion for default judgment, in addition to the supporting papers described in the Court's individual rules.

SO ORDERED.

Dated:    March 18, 2020
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge