```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

                Plaintiff,

v.

PISCES BAR & TAVERN, INC.,

                Defendant.

19-CV-11032 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 10, 2020, the Clerk of Court entered a certificate of default against Defendant Pisces Bar & Tavern, Inc., and on June 9, 2020, Plaintiff moved for a default judgment against Defendant. Upon consideration of these documents and the supporting Affidavit of Maria Costanza Barducci, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by June 26, 2020 on Defendant by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents with the Court.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by July 17, 2020.

In light of the COVID-19 crisis, the Court will not have a show cause hearing and will instead resolve this matter on the papers. If Defendant fails to respond by July 17,

2020 or fails to request an extension to do so, judgment will be entered for Plaintiff.

SO ORDERED.

Dated:  June 10, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge