| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-14-20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUIZ FLOREZ,

                Plaintiff,

      v.

PISCES BAR & TAVERN, INC.,

                Defendant.

19-CV-11032 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 9, 2020, Plaintiff Carlos Ruiz Florez filed for declaratory judgment against Defendant Pisces Bar & Tavern. On July 17, 2020, Defendant appeared, and July 20, 2020, the parties stipulated and agreed to vacate the motion for default judgment. The motion is thus DENIED as moot.

      The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 17.

SO ORDERED.

Dated:    September 14, 2020
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge