| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12-16-20 |

CARLOS RUIZ FLOREZ,

                Plaintiff,

        v.

PISCES BAR & TAVERN, INC.

                Defendant.

19-CV-11032 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    According to the parties' December 15, 2020 joint letter, dkt. 29, the parties have reached a settlement in principle on all issues. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

    The post-discovery conference, currently scheduled for December 18, 2020, is accordingly adjourned sine die.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   December 16, 2020
         New York, New York

_____
RONNIE ABRAMS
United States District Judge